UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HENRY ROBINSON | CIVIL ACTION NO. 20-cv-1624 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| ELDORADO RESORTS INC ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's Motion to Remand (Doc. 11) is denied.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___17th___ day of March, 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE